Phil Neuman
April 8, 2019

1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   JAMES M. PEDDY, II

 5

 6   VERSUS              CIVIL ACTION NO. 2:17-10556

 7

 8   QUALIS CARE OF LOUISIANA, LLC; RECOVERY HOUSE OF

 9   EAST TENNESSEE, LLC; AND LUX MED HOLDINGS

10   *************************************************

11       THE TRANSCRIPT OF THE DEPOSITION OF:

12                  PHIL NEUMAN,

13   TAKEN ON BEHALF OF PLAINTIFF, REPORTED IN THE

14   ABOVE ENTITLED AND NUMBERED CAUSE, BEFORE DEANA

15   C. DAUTEL, CERTIFIED COURT REPORTER FOR THE STATE

16   OF LOUISIANA.

17   *************************************************

18     REPORTED AT THE OFFICES OF:

19          BREAZEALE SACHSE & WILSON, LLP

20          909 POYDRAS STREET, SUITE 1500

21          NEW ORELANS, LOUISIANA  70112

22

23

24

25   COMMENCING AT 5:43 PM ON APRIL 8, 2019
```

Phil Neuman
April 8, 2019

1    the corporations might still be there, but it's

2    not -- it's not operating.

3            Q.    Who is or what is Capital Wealth

4    Strategies, LLC?

5            A.    Who is?  I don't think it's a who.  But

6    what is, it's a limited liability company in

7    Wyoming, if I'm correct.

8            Q.    Is it yours?

9            A.    It's tough for me to answer the question.

10   I don't want to be evasive.  Is it mine or not

11   mine, but as I discussed with you before, there

12   are -- there's ownership structure set up for this

13   thing, but in simplicity, yes.

14           Q.    Are you --

15           A.    You understand what I'm -- how I answered

16   that, right?

17           Q.    What I'm appreciating you saying,

18   Mr. Neuman, is that typically when you get

19   involved with a business, you get involved with

20   that business through either an agent or some

21   entity between you and that entity, for instance,

22   as you mentioned earlier you owned companies that

23   are members of a particular LLC.  Is that the case

24   with Capital Wealth Strategies?

25           A.    I'm going to answer I think so.  Because

Baton Rouge Court Reporters, LLC
225-292-8686

Phil Neuman
April 8, 2019

22

1    that's typically how we do it.

2         Q.    Okay.   Is Phil Neuman a member of any LLC

3    today, personally?

4         A.    I am not sure.  I'd have to ask -- I have

5    an attorney.  His name is Graham Norris.  He's up

6    in Wyoming.  I can get you that answer.  I don't

7    know how exactly he set it up, but I can get you

8    the answer.

9         Q.    But you don't know as we sit here today?

10        A.    We don't know as we sit here today, but I

11   will tell you that I do have control and I make

12   the decisions.  So just to cut through a lot of

13   the -- so you don't think I'm being evasive --

14        Q.    No, I don't think.

15        A.    I just want -- I have control.  I can do

16   it, but I don't know exactly how the structure is

17   set up.

18        Q.    I understand.  I don't think you're being

19   evasive at all.  I think you're answering my

20   questions to the best of your ability as I can

21   tell.

22        A.    Okay.

23        Q.    Okay.   So Capital Wealth Strategies is an

24   LLC based out of Wyoming that you control, but

25   you're likely not personally a member or have any

Phil Neuman
April 8, 2019

23

```
 1      personal ownership interest in that entity?

 2           A.   Correct.

 3           Q.   That's what I got.  Now, who is Prestige

 4      Management, LLC?

 5           A.   Prestige Wealth Management, LLC.  It

 6      would be the same exact answers I just gave you on

 7      Capital Wealth Strategies.

 8           Q.   Except that -- okay.  Well, this may

 9      explain it.  I'm trying to piece this together

10      from some of the answers to discovery I got.  And

11      as I appreciate it, Capital Wealth Strategies,

12      LLC, is managed and owned by Prestige Wealth

13      Management, LLC?

14           A.   Perfect.

15           Q.   Is that correct?

16           A.   Perfect.  And Capital Wealth Strategies,

17      LLC, sometimes when you have these LLCs, you have

18      them do business as, as an example, a DBA, which I

19      think is where you're getting into Lux Med.

20           Q.   Yes.  That's exactly right because the

21      answers to the discovery said that Capital Wealth

22      Strategies, LLC, is managed and owned by Prestige

23      Wealth Management, LLC, and Capital Wealth

24      Strategies does business as Lux Med Holdings?

25           A.   Perfect.
```

Phil Neuman
April 8, 2019

24

1          Q.    Is that the same Lux Med Holdings that
2     was signatory to the contract that James signed?
3          A.    Yes.
4          Q.    And is Colin Conner the president of Lux
5     Med Strategies?
6          A.    Lux Med Holdings.
7          Q.    Lux Med Holdings.   Sorry.
8          A.    Is he?
9          Q.    The president?
10         A.    I don't think so.   I know he was
11    authorized -- there was authorization for him to
12    enter into -- to do things, but Lux Med was James.
13         Q.    Well --
14         A.    Well, it's anticipated Lux Med would be
15    James as far as what was going to be happening,
16    what it was going to be doing.
17         Q.    As I appreciate it from the various
18    testimonies that we have received, it was your
19    decision to hire James?
20         A.    Yes.
21         Q.    You met with him several times.   You
22    liked him, you thought he had the right skill set
23    for what you were looking for.   You wanted to get
24    an addiction recovery, James was retained?
25         A.    He was the guy.

Baton Rouge Court Reporters, LLC
225-292-8686

Phil Neuman
April 8, 2019

28

1    just not to cut you off, but James is the guy.

2    He's the reason I got into this business.  He's

3    the reason I did it.  I had full confidence in

4    him.  He was the man.  I mean, he knew everything.

5    The only thing I know about substance abuse was

6    probably my nightly cocktail.  That's it.  So he

7    was the man.

8            Q.    So --

9            A.    And how this correlates to Lux Med, just

10   to keep going.

11           Q.    Sure.

12           A.    You know, Lux Med was there to make

13   money, quote, unquote.  It was an entity that was

14   mine through these various entities and it was a

15   joint venture with James because that's how he was

16   going to make money.  One of the things that

17   impressed me about him was he was sick and

18   tired -- you know, he has a little sass.  He's

19   like, I'm sick and tired of making other people

20   money.  That's what he would say to me.  He said,

21   I know what I'm doing.  I can do this better than

22   anybody else and somebody has got to give me a

23   chance and let me do this.  And I was impressed by

24   that.  I mean, he had some drive.  He had the

25   ambition.  And I felt confident to go into

Phil Neuman
April 8, 2019

29

1    business with him, and that's what I did.  And

2    that's why we came up with this Lux Med, this

3    structure, and the anticipation was to take this

4    thing and grow this thing to 5,000, 10,000 beds

5    and make a hell of a lot of money and do it better

6    than anybody else.

7        Q.   After Colin told you that James made the

8    token -- allegedly made the token comment to Dorie

9    at his party --

10       A.   It wasn't just token.  It was a whole --

11   there was just something went on.  You know, token

12   is what I've gained from this.  There was also,

13   check the purse, and then there was something else

14   with hair and just, honestly, the first

15   conversation, it sounded like a bunch of people

16   fooling around.  It didn't make sense to me.  I

17   mean, I know James.  He's the boss.  I mean, but

18   I'm a boss, too, and sometimes we joke around.  It

19   didn't make sense.  It really -- and I'll tell

20   you, it didn't make sense to me.  At first blush,

21   it made no sense to me when I got that phone

22   conversation, but Colin said it's serious.  And if

23   it's serious, then you have to do -- now, you know

24   what times we live in right now.  You have to take

25   these things seriously, especially, if you're

Phil Neuman
April 8, 2019

30

1    going to grow.  You got a guy -- and I knew him --

2    but you got to grow this thing to thousands of

3    beds.  He's going to be -- he's an executive.

4    He's going to manage these companies.  I'm putting

5    millions of dollars into these things.  You know,

6    you got to -- so anyway, I talk too much.  Sorry.

7        Q.   So what did James say when you confronted

8    him about these allegations?

9        A.   I left that to the soldiers on the

10   ground.  I did want to fly into New Orleans and

11   get into it, but I left it to Kyle and Colin.  The

12   reason why initially was, to be frank with you, is

13   I didn't think it was true.  I just -- I couldn't

14   believe it.  It didn't make sense to me.  I know

15   James, you know, fool around, we talk, you know,

16   people say things, but I won't say -- I just

17   really didn't believe at first -- that first

18   conversation which we're talking about, that it

19   was true.

20       Q.   Okay.  So James was important to your

21   business plan?

22       A.   James was essential to my business plan.

23       Q.   And --

24       A.   I'll take it even a step further.  I was

25   screwed.  Excuse my language.  But I was totally