Ed Murray, WY Secretary of State
FILED: 07/01/2016 10:35 AM
ID: 2016-000718932

# ARTICLES OF ORGANIZATION
## OF
## Capital Wealth Strategies, LLC

## A LIMITED LIABILITY COMPANY

I. The name of the limited liability company is Capital Wealth Strategies, LLC

II. The period of its duration is <u>perpetual</u> from the date of filing Articles of Organization with the Wyoming Secretary of State.

III. The purpose for which the limited liability company is organized is: <u>any lawful purpose except for the purposes of banking and insurance</u>.

IV. The name and address of its registered agent is:

> Capital Administrations, LLC
> 1712 Pioneer Ave. Ste. 115
> Cheyenne, WY 82001

(The registered agent may be an individual resident in this state or a domestic foreign corporation authorized to transact business in this state, having a business office identical with such registered office.)

V. The mailing and principal office address is:

> 1712 Pioneer Ave. Ste. 2240
> Cheyenne, WY 82001

VI. The remaining members of the limited liability company, if any, shall have the right to continue the business on the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member or occurrence of any other event which terminates the continued membership of a member of the limited liability company, unless otherwise stated in the Membership Operating Agreement.

Dated this 30th day of June, 2016.

DeAnna Montemayor, on behalf of
Capital Administrations, LLC, Organizer
tax@wyomingcompany.com



Received
JUN 30 2016
Secretary of State
Wyoming

LXM-232